THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER WISNIEWSKI, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted July 23, 1940; decided July 24, 1940.

*Walter Wisniewski,* in person, for motion.

No one opposed.

Motion denied.   The order is not appealable.